**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 10 2016

MATTHEW J. DYKMAN
CLERK

13th Judicial District Court
State of New Mexico
County of Cibola                C.V. 2012-124

Frank Dombos, plaintiff-pro se            16cv178 RAJ-GJF

— v —

Robert Stewart, defendant

### Plaintiff's Notice to the District Court of Cibola County of Notice of Removal to the United States District Court

Please take notice that on the 3rd day of March 2016, pursuant to 28 U.S.C. §1331 and 42 U.S.C. §1983, Plaintiff Mr. Frank Dombos filed notice of Removal to the United States District Court for the District of New Mexico. Plaintiff requests that no further proceedings take place in the District Court of Cibola County Grants N.M., unless so ordered.

Respectfully Submitted this 3rd day of March 2016. Frank Dombos

P.N.M.-P.O. Box 1059 Santa Fe, N.M. 87504        Frank Dombos #63001

### Certificate of Service

I certify the foregoing with exact hand written copies of it, was given to staff here at P.N.M. to place in the U.S. mailbox to the parties listed below, this 4th day of March 2016. Frank Dombos

1.) 13th Judicial District Court, Cibola County - P.O. Box 758, Grants N.M. 87020

2.) United States District Court - District of New Mexico
Office of the Clerk - Suite 270 - 333 Lomas Blvd. N.W. - Albq - N.M. 87102

3.) N.M. Atty. Gen. - Deputy Gen. Counsel Mr. Brian E. Fitzgerald
N.M. Corr. Dept. P.O. Box 27116 Santa Fe, N.M. 87502