# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
**Clerk of Court**

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

March 15, 2016

Thirteenth Judicial District
Cibola County
PO Box 758
Grants, NM 87020

    RE:    **Dombos v. Stewart**
              **16-cv-00178 RJ-GJF**

Dear Sir or Madam:

Please find enclosed a certified copy of the Order signed by U.S. Magistrate Judge Gregory J. Fouratt, along with copies of the entire case file, remanding this case to your Court.

                              Yours truly,
                              MATTHEW J. DYKMAN, Clerk

                              By: *Victoria Harvell*
                                  Deputy Clerk

Enclosures
cc: Counsel of Record/File